RECEIVED
IN LAKE CHARLES, LA

NOV - 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JIMMY G. NIXON, SR. | : | DOCKET NO. 2:05-cv-650 |
| VS. | : | JUDGE TRIMBLE |
| JOE P. YOUNG | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* filed pursuant to §2241 be DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of November, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE